IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY FORSYTHE,    )
            )
  Plaintiff,     )
            )
  v.        )   CASE NO. 1:10-cv-1063-ID
            )     (WO)
            )
CITY OF DOTHAN, *et al.*,  )
            )
  Defendants.   )

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 29th day of July, 2011.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE